**COMMISSIONER OF INTERNAL REVENUE v. John A. COROTTO.**

**COMMISSIONER OF INTERNAL REVENUE v. Dozolina ROLANDI.**

Nos. 8448, 8449.

Circuit Court of Appeals, Ninth Circuit.

Feb. 2, 1937.

James W. Morris, Asst. Atty. Gen., for petitioners.

Philip G. Sheehy, of San Jose, Cal., for respondent Corotto.

Myrtle Cerf, of San Francisco, Cal., for respondent Rolandi.

Before WILBUR and GARRECHT, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon motion of petitioner in each of above causes, consented to by respondents, ordered petition to review in above causes dismissed, that a judgment of dismissal be filed and entered in each cause, and mandates of this court be issued forthwith.

**COMMISSIONER OF INTERNAL REVENUE v. Louise MARTIN.**

**COMMISSIONER OF INTERNAL REVENUE v. Martino SCATENA.**

Nos. 8025, 8068.

Circuit Court of Appeals, Ninth Circuit.

Jan. 18, 1937.

Robert H. Jackson, Asst. Atty. Gen., for Commissioner.

Philip G. Sheehy, of San Jose, Cal., for respondent Martin.

Tadini Bacigalupi, of San Francisco, Cal., for respondent Scatena.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

These causes coming before this court on the transcripts of record and stipulations of counsel that these causes abide the decision of this court in cause No. 8067, Commissioner of Internal Revenue v. Elvira Scatena, decided September 21, 1936, 85 F.(2d) 729, and such decision having become final, it is ordered that a judgment of affirmance be filed and entered in each of above causes, and that the mandates of this court issue forthwith.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. The WARNER COLLIERIES COMPANY OF DELAWARE, Respondent.**

No. 7143.

Circuit Court of Appeals, Sixth Circuit.

Feb. 11, 1937.

Frank J. Wideman, Robert H. Jackson, Sewall Key, and John G. Remey, all of Washington, D. C., for petitioner.

H. A. Mihills, of Washington, D. C., and Bulkley, Hauxhurst, Inglis & Sharp, of Cleveland, Ohio, for respondent.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

The order of the Board of Tax Appeals is affirmed. Burnet, Commissioner, v. Hutchinson Coal Co., 64 F.(2d) 275 (4 C.C.A.); Commissioner of Internal Revenue v. Jamison Coal & Coke Co., 67 F.(2d) 342 (3 C.C.A.); Helvering, Commissioner, v. Russian Finance & Construction Corporation, 77 F.(2d) 324 (2 C.C.A.).